UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff,

           v.

GUY G. VERALRUD; LEE A. VERALRUD; SUNRISE BANK OF CALIFORNIA; and COUNTRYWIDE HOME LOANS SERVICING, LP,

    Defendants.

_____/

NO. CIV. 2:13-01090 WBS DAD

<u>ORDER OF RECUSAL</u>

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the parent corporation of one of the corporate defendants in this action, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).  Although that law clerk is presently on maternity leave, so that not all the considerations discussed in that opinion may apply, because she will likely return before final disposition of this action

1

1  prudence dictates recusal now rather than waiting until after I
2  may have made decisions in this case and recusing later.
3          IT IS THEREFORE ORDERED that the Clerk of the Court
4  reassign this case to another judge for all further proceedings,
5  making appropriate adjustments in the assignments of civil cases
6  to compensate for such reassignment.  All dates pending before
7  the undersigned are hereby vacated.
8  DATED:  June 5, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE