KATHRYN KENEALLY
Assistant Attorney General

LEE PERLA
Trial Attorney
U.S. Dept. of Justice
P.O. Box 683
Washington, D.C. 20044
Tel:   202-616-9183
Fax:   202-307-0054
Lee.Perla@usdoj.gov

*Of Counsel*
BENJAMIN B. WAGNER
United States Attorney
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-CV-01090-MCE-DAD |
| v. | |
| GUY G. VERALRUD, et al., | JUDGMENT |
| Defendants. | |

On January 28, 2014, the parties filed a Joint Stipulation as to Liability and Consent to Entry of Judgment. ECF No. 13.

///
///
///
///
///

1  Pursuant to that stipulation, regarding the United States' Complaint to Reduce Federal Tax
2  Assessments to Judgment and foreclose its tax liens, the Clerk of the Court is directed to enter
3  judgment in favor of the United States and against Defendant on the United States' First, Second,
4  Third, and Fourth Claims for Relief in the amount of $67,793.46, less any payments, plus interest
5  accruing after April 22, 2013, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. §
6  1961(c) until paid.

       IT IS SO ORDERED.

9  Dated:  February 4, 2014

   _____
11  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT